| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>THOMPSON, ANNE E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>6/21/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - SENIOR STATUS | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>402 E. STATE STREET<br>ROOM 4000<br>TRENTON, NJ 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER - CRIMINAL LAW DRAFTING COMMITTEE | NATIONAL CONFERENCE OF BAR EXAMINERS |
| 2. CO-TRUSTEE | TRUST U/W ████████████ART. FIFTH |
| 3. CO-TRUSTEE | TRUST U/W ████████████ART. SIXTH |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
05 JUL -6 A 11: 27
FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, ANNE E | 6/21/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | NATIONAL CONFERENCE OF BAR EXAMINERS - FEES EARNED FOR DRAFTING, EDITING & REVISING BAR EXAM QUESTIONS & EVALUATING PERFORMANCE OF TEST QUESTIONS | 6,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NATIONAL CONFERENCE OF BAR EXAMINERS - March 25-27, 2004 | ACTIVITY OF BAR EXAMINER'S COMMITTEE - HILTON HEAD, SC; HOTEL, TRANSPORTATION, MEALS |
| 2. | NATIONAL CONFERENCE OF BAR EXAMINERS - September 23-25, 2004 | ACTIVITY OF BAR EXAMINER'S COMMITTEE - MACKINAC, MI; HOTEL, TRANSPORTATION, MEALS |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WASHINGTON MUTUAL | MORTGAGE ON ███████████ | M |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 6/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BURLINGTON COUNTY NJ BOND | B | Interest | L | T | | | | | |
| 2. DELAWARE RIVER PORT AUTH BOND | B | Interest | K | T | | | | | |
| 3. DEPTFORD TWP NJ BOND | A | Interest | | | SELL | 02/02 | J | A | |
| 4. GALAXY MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 5. GLENMEDE TAX EXEMPT FUND | A | Interest | J | T | | | | | |
| 6. GLENMEDE TRUST CO. - IRA | | None | O | T | | | | | |
| 7. LINDENWOLD BORO NJ BOND #1 | A | Interest | J | T | | | | | |
| 8. LINDENWOLD BORO NJ BOND #2 | A | Interest | K | T | | | | | |
| 9. MIDDLESEX COUNTY NJ BOND | C | Interest | M | T | | | | | |
| 10. NJ ECO/DEV AUTH WATER FACS BOND | A | Interest | J | T | | | | | |
| 11. NJ HEALTHCARE FACS BOND #1 | A | Interest | K | T | | | | | |
| 12. NJ HEALTHCARE FACS BOND #1 | A | Interest | K | T | | | | | |
| 13. NJ STATE TRANSIT CORP BOND | B | Interest | L | T | | | | | |
| 14. NJ STATE TRANSN TR FUND BOND | A | Interest | K | T | | | | | |
| 15. NJ STATE TURNPIKE AUTH BOND | B | Interest | K | T | SELL | 01/02 | J | A | |
| 16. OCEAN CITY NJ BOND | B | Interest | L | T | | | | | |
| 17. PEQUANNOCK LINCOLN PK BOND | B | Interest | | | SELL | 12/30 | L | A | |
| 18. PORT AUTHORITY NY & NJ BOND #1 | B | Interest | L | T | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 6/21/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. PORT AUTHORITY NY & NJ BOND #2 | A | Interest | J | T | | | | | |
| 20. SALEM COUNTY NJ BOND | A | Interest | | | SELL | 01/09 | J | A | |
| 21. SUN NATIONAL BANK CD | A | Interest | K | T | | | | | |
| 22. SUN NATIONAL BANK MONEY MARKET | B | Interest | N | T | | | | | |
| 23. TOMS RIVER NJ SCH DIST BOND | A | Interest | K | T | | | | | |
| 24. AMERICAN INTERNATIONAL GROUP | A | Dividend | J | T | | | | | |
| 25. AMGEN | | | J | T | BUY | 07/09 | J | | |
| 26. CHECK POINT SOFTWARE TECH | | | | | SELL | 06/30 | J | D | |
| 27. CISCO SYSTEMS | | | J | T | | | | | |
| 28. CYPRESS SEMICONDUCTOR | | | J | T | BUY | 05/10 | J | | |
| 29. CYPRESS SEMICONDUCTOR | | | | | SELL | 12/02 | J | A | |
| 30. COLUMBIA ACORN FUND | B | Dividend | K | T | SELL | 12/27 | J | D | |
| 31. COLUMBIA MID CAP VALUE FUND | B | Dividend | K | T | SELL | 12/27 | J | B | |
| 32. COLUMBIA REAL ESTATE EQUITY FUND | B | Dividend | K | T | SELL | 05/20 | J | A | |
| 33. COLUMBIA REAL ESTATE EQUITY FUND | | | | | SELL | 12/27 | K | D | |
| 34. DODGE & COX STOCK FUND | D | Dividend | N | T | BUY | 01/07 | N | | |
| 35. FIDELITY ADV DIVIDEND GROWTH FUND | B | Dividend | N | T | BUY | 12/27 | M | | |
| 36. FIDELITY ADV STRAT OPPT FUND | A | Dividend | K | T | SELL | 12/27 | J | D | |

1. Income/Gain Codes: A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
   (See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
   (See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000    P4 =$More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash/Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 6/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FIDELITY DIVERSIFIED INT'L FUND | A | Dividend | M | T | BUY | 01/07 | L | | |
| 38. FIDELITY STRATEGIC INCOME FUND | D | Dividend | M | T | | | | | |
| 39. INTERNATIONAL BUSINESS MACHINES | A | Dividend | J | T | | | | | |
| 40. MFS VALUE FUND | | | | | SELL | 01.07 | N | F | |
| 41. MICHAELS STORES INC | A | Dividend | J | T | BUY | 09/09 | J | | |
| 42. NATIONAL CITY CORP | A | Dividend | J | T | BUY | 05/14 | J | | |
| 43. VANGUARD INTERNATIONAL GROWTH FUND | A | Dividend | K | T | | | | | |
| 44. VANGUARD U.S. GROWTH FUND | A | Dividend | K | T | | | | | |
| 45. VARIAN MEDICAL SYSTEMS INC | | | J | T | BUY | 05/18 | J | | |
| 46. VERIZON COMMUNICATIONS | A | Dividend | J | T | BUY | 07/27 | J | | |
| 47. WELLPOINT INC | | | J | T | BUY | 05/14 | J | | |
| 48. ZIONS BANCORP | A | Dividend | J | T | BUY | 05/14 | J | | |

| 1. Income/Gain Codes: | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| (See Columns C1 and D3) | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, ANNE E | 6/21/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>THOMPSON, ANNE E | Date of Report<br><br>6/21/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                                                                       Date_____6/27/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544